# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA**
        **Plaintiff,**

    **v.**                                    **Case No. 11-CR-112**

**DANIEL CISLER**
        **Defendant.**

---

## <u>SCHEDULING ORDER</u>

     **IT IS ORDERED** that the government file a response to defendant's motion for return of property on or before **September 17, 2013**.

     Dated at Milwaukee, Wisconsin, this 4th day of September, 2013.

                        /s Lynn Adelman

                        _____
                        LYNN ADELMAN
                        District Judge